IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Case No. 3:22-cr-17-SLH-KAP-1 |
| JAMES GILL, | : |
| Defendant | : |

### Memorandum Order

      Upon receipt of information today from the Marshal that Jefferson County has an active bench warrant for the defendant that they plan to execute if the defendant is released to an inpatient program, the release order in this matter is cancelled. Defendant is detained pending further order of court to assure his appearance at trial and because of the frustration of the conditions that I think necessary to prevent defendant's pretrial release from endangering the community.

DATE: November 10, 2022

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to:

counsel of record, Pretrial Services, United States Marshal Service